UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TURNER JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-592 |
| | § | |
| DIVERCARE AFTON OAKS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the court's memorandum opinion and order entered this day, granting the defendant's motion for summary judgment on plaintiff's claims, this case is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on June 17, 2014.

_____
Gray H. Miller
United States District Judge